# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHAD CARLESON,<br><br>        Plaintiff,<br>vs.<br><br>UNITED STATES SEAFOOD, LLC.<br>and ALASKA BEAUTY, LLC.,<br><br>        Defendants. | Case No. 3:11-cv-00058-JWS-JDR<br><br>**ORDER DENYING MOTION FOR EXEMPTION OF E-FILING REQUIREMENT AS MOOT**<br><br>(Docket No. 4) |

       Counsel for the Plaintiff filed a request for exemption from the requirements of Local Rule 5.3, Electronic Case Filing. Counsel stated that she was on the waiting list for CM/ECF training. It appears Counsel is already an approved user for CM/ECF filing and, as such, Plaintiff's Motion is DENIED AS MOOT. Plaintiff shall file in accordance with Local Rule 5.3 and shall contact the CM/ECF help desk if additional assistance is needed.

       IT IS SO ORDERED.

       DATED this  31st  day of March, 2011, at Anchorage, Alaska.

                                                /s/ John D. Roberts
                                                JOHN D. ROBERTS
                                                United States Magistrate Judge